GUY T. BATTLE, Appellant, *v.* NIAGARA FRONTIER FOOD TERMINAL, INC., et al., Respondents.

Argued June 13, 1944; decided July 19, 1944.

*Edward B. Horning* and *William J. Brock* for appellant.

*Ralph W. Dox* and *Ulysses S. Thomas* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.